# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 289 WAL 2014
:
              Respondent    :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
        v.           :
:
:
:
JOSEPH DURBIN,         :
:
              Petitioner    :

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 17th day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.